General Outdoor Advertising Co., Inc., Appellant, v. The Dover Manufacturing Company and Charles T. Johnson-Vea, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for

the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.